UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-23097-CIV-COOKE/WHITE

GUILLERMO SALCEDO,

    *Petitioner,*

v.

UNITED STATES OF AMERICA,

    *Respondent.*

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Guillermo Salcedo's Petition for Writ of Error Coram Nobis [D.E. 1]. Judge White issued a Report and Recommendation [D.E. 4], recommending that this case be dismissed. As the movant did not file any objections to the Report and Recommendation, I **ORDER AND ADJUDGE** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED AND ADOPTED** as follows:

    1.    This case is **DISMISSED**.

    2.    This clerk shall **CLOSE** this case.

    3.    All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of December 2009.

                                                                     MARCIA G. COOKE
                                                                     United States District Judge

Copies furnished to:

The Honorable Patrick A. White

All counsel of record

Guillermo Salcedo, *pro se*
70125-004
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160